C. A. No. 73-273. State *v.* Harvey C. Simmons. Motion for an attorney's fee and costs, pursuant to G. L. 1956 (1969 Reenactment) §9-24-32, is granted. John Tramonti, Jr., is awarded the sum of $2,307.20. *Julius C. Michaelson,* Attorney

General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *John Tramonti, Jr.,* for defendant.